# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LOW, DAVID D., JR. | § | Case No. 09-13662 |
| LOW, RAYNA L. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,135,378.00 | Assets Exempt: $259,100.00 |
| Total Distribution to Claimants: $24,877.07 | Claims Discharged Without Payment: $63,938.98 |
| Total Expenses of Administration: $3,731.83 | |

3)  Total gross receipts of $ 28,608.91  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $28,608.91 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $88.90 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,731.83 | 3,731.83 | 3,731.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 183,073.14 | 88,816.05 | 24,877.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $186,893.87 | $92,547.88 | $28,608.90 |

4)  This case was originally filed under Chapter 7 on April 17, 2009.
.  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/02/2010            By:  /s/JOSEPH R. VOILAND
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| tax refund - federal | 1224-000 | 25,310.00 |
| tax refund - Illinois | 1224-000 | 3,096.00 |
| tax refund - Mississippi | 1224-000 | 192.00 |
| Interest Income | 1270-000 | 10.91 |
| **TOTAL GROSS RECEIPTS** | | $28,608.91 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Republic Services | 4110-000 | N/A | 88.90 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $88.90 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 3,610.54 | 3,610.54 | 3,610.54 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 121.29 | 121.29 | 121.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,731.83 | 3,731.83 | 3,731.83 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Centennial Park Homeowners Association | 7100-000 | N/A | 257.09 | 0.00 | 0.00 |
| Leslie Low | 7100-000 | N/A | 94,000.00 | 0.00 | 0.00 |
| Chase Bank USA NA | 7100-000 | N/A | 5,472.08 | 5,472.08 | 1,533.13 |
| Chase Bank USA NA | 7100-000 | N/A | 10,091.36 | 10,091.36 | 2,827.32 |
| CHASE BANK USA | 7100-000 | N/A | 22,069.93 | 22,069.93 | 6,183.37 |
| CHASE BANK USA | 7100-000 | N/A | 14,731.88 | 14,731.88 | 4,127.46 |
| CHASE BANK USA | 7100-000 | N/A | 16,644.10 | 16,644.10 | 4,663.21 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 327.00 | 327.00 | 91.62 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 420.22 | 420.22 | 117.73 |
| American Express Centurion Bank | 7100-000 | N/A | 18,664.09 | 18,664.09 | 5,229.15 |
| American Express Centurion Bank | 7100-000 | N/A | 15.00 | 15.00 | 4.20 |
| City Of Las Vegas | 7100-000 | N/A | 271.38 | 271.38 | 76.03 |
| Republic Services | 7100-000 | N/A | 85.16 | 85.16 | 0.00 |
| Clerk of the Bankruptcy Court, ND,ILL | 7100-000 | N/A | 23.85 | 23.85 | 23.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 183,073.14 | 88,816.05 | 24,877.07 |

Exhibit 8

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| Case Number: 09-13662 | Trustee:       (330380)    JOSEPH R. VOILAND |
| Case Name:    LOW, DAVID D., JR. | Filed (f) or Converted (c): 04/17/09 (f) |
| LOW, RAYNA L. | §341(a) Meeting Date:    06/01/09 |
| Period Ending: 10/02/10 | Claims Bar Date:    09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1    Single-family residence 36W681 Winding Trail, We | 244,000.00 | 0.00 | DA | 0.00 | FA |
| 2    730 Oriole Drive, Streamwood, IL 60107, This pro | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 3    9648 S. Genoa, Chicago, IL 60643, This property | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 4    9728 S. Normal, Chicago, IL 60628, This property | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 5    8949 Gray Quail Ct., Las Vegas, NV 89149 | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 6    7828 Autumn Gate Ave., Las Vegas, NV 89131 | 169,000.00 | 0.00 | DA | 0.00 | FA |
| 7    10808 Bernini Dr., Las Vegas, NV 89141 | 430,000.00 | 0.00 | DA | 0.00 | FA |
| 8    1280 Thorndale, Elgin, IL 60120, This property w | 140,000.00 | 23,500.00 | DA | 0.00 | FA |
| 9    Cash | 75.00 | 0.00 | DA | 0.00 | FA |
| 10   Checking, UBS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11   Checking, Chase | 22.00 | 0.00 | DA | 0.00 | FA |
| 12   Checking, UBS | 500.00 | 500.00 | DA | 0.00 | FA |
| 13   Ordinary contents of 2 bedroom home | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14   2 adults | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 15   Wedding Ring | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 16   Farmers | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17   IRA (2) | 217,000.00 | 0.00 | DA | 0.00 | FA |
| 18   Romantic Gifts Boutique | 3,600.00 | 3,600.00 | DA | 0.00 | FA |
| 19   D&R Residential, LLC | 34,170.00 | 34,170.00 | DA | 0.00 | FA |
| 20   M.R. Vegas Properties, LLC | 136,544.00 | 136,544.00 | DA | 0.00 | FA |
| 21   1st Home Solutions, Inc. | 86,367.00 | 86,367.00 | DA | 0.00 | FA |
| 22   Bob & Kim Harr | 7,400.00 | 7,400.00 | DA | 0.00 | FA |
| 23   Bob & Kim Harr | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 24   2002 Chevy Trailblazer | 5,000.00 | 697.00 | DA | 0.00 | FA |
| 25   2006 Infiniti FX | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 26   Interest in D.D. Low Spendthrift Trust | 0.00 | 0.00 | DA | 0.00 | FA |
| 27   tax refund - federal  (u) | Unknown | 25,000.00 | | 25,310.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-13662 | | Trustee: | (330380) | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | LOW, DAVID D., JR. | | Filed (f) or Converted to (c): | 04/17/09 (f) | |
| | LOW, RAYNA L. | | §341(a) Meeting Date: | 06/01/09 | |
| Period Ending: 10/02/10 | | | Claims Bar Date: | 09/08/09 | |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 28  tax refund - Illinois  (u) | Unknown | 3,000.00 | | 3,096.00 | FA |
| 29  tax refund - Mississippi | Unknown | 300.00 | | 192.00 | FA |
| 30  Single-family residence 36W681 Winding Trail, We | 244,000.00 | 4,000.00 | | 0.00 | FA |
| 31  730 Oriole Drive, Streamwood, IL 60107, This pro | 165,000.00 | 0.00 | | 0.00 | FA |
| 32  9648 S. Genoa, Chicago, IL 60643, This property | 125,000.00 | 0.00 | | 0.00 | FA |
| 33  9728 S. Normal, Chicago, IL 60628, This property | 130,000.00 | 0.00 | | 0.00 | FA |
| 34  8949 Gray Quail Ct., Las Vegas, NV 89149 | 210,000.00 | 0.00 | | 0.00 | FA |
| 35  7828 Autumn Gate Ave., Las Vegas, NV 89131 | 169,000.00 | 0.00 | | 0.00 | FA |
| 36  10808 Bernini Dr., Las Vegas, NV 89141 | 430,000.00 | 0.00 | | 0.00 | FA |
| 37  1280 Thorndale, Elgin, IL 60120, This property w | 140,000.00 | 23,500.00 | | 0.00 | FA |
| 38  Interest in D.D. Low Spendthrift Trust | 0.00 | 0.00 | | 0.00 | 0.00 |
| 39  Cash | 75.00 | 75.00 | | 0.00 | FA |
| 40  Checking, UBS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 41  Checking, Chase | 22.00 | 22.00 | | 0.00 | FA |
| 42  Checking, UBS | 500.00 | 500.00 | | 0.00 | FA |
| 43  Ordinary contents of 2 bedroom home | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 44  2 adults | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 45  Wedding Ring | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 46  Farmers | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 47  IRA (2) | 217,000.00 | 217,000.00 | | 0.00 | FA |
| 48  Romantic Gifts Boutique | 3,600.00 | 3,600.00 | | 0.00 | FA |
| 49  D&R Residential, LLC | 34,170.00 | 34,170.00 | | 0.00 | FA |
| 50  M.R. Vegas Properties, LLC | 136,544.00 | 136,544.00 | | 0.00 | FA |
| 51  1st Home Solutions, Inc. | 86,367.00 | 86,367.00 | | 0.00 | FA |
| 52  Bob & Kim Harr | 7,400.00 | 7,400.00 | | 0.00 | FA |
| 53  Bob & Kim Harr | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 54  2002 Chevy Trailblazer | 5,000.00 | 5,000.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-13662 | **Trustee:**  (330380)  JOSEPH R. VOILAND |
| **Case Name:**   LOW, DAVID D., JR. | **Filed (f) or Converted (c):** 04/17/09 (f) |
|   LOW, RAYNA L. | **§341(a) Meeting Date:** 06/01/09 |
| **Period Ending:** 10/02/10 | **Claims Bar Date:** 09/08/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 55 | 2006 Infiniti FX | 20,000.00 | 20,000.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.91 | Unknown |
| **56** | **Assets**    **Totals** (Excluding unknown values) | **$4,270,756.00** | **$874,956.00** | | **$28,608.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 15, 2010          **Current Projected Date Of Final Report (TFR):**    August 15, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-13662 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | LOW, DAVID D., JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOW, RAYNA L. | | Account: | ***-*****15-65 - Money Market Account |
| Taxpayer ID #: | **-***2200 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 10/02/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/09 | {27} | Ryna L. Low | tax refund -federal | 1224-000 | 25,310.00 | | 25,310.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 25,310.37 |
| 08/07/09 | {28} | Ryna Low | Illinois tax refund | 1224-000 | 3,096.00 | | 28,406.37 |
| 08/07/09 | {29} | State of Mississippi | state tax refund - Mississippi | 1224-000 | 192.00 | | 28,598.37 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,599.54 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 28,600.70 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 28,601.86 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 28,603.06 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 28,604.26 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 28,605.38 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 28,606.46 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 28,607.74 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.73 | | 28,608.47 |
| 04/20/10 | | Wire out to BNYM account<br>9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -28,608.47 | | 0.00 |

| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | -28,608.47 | 0.00 | |
| | | | **Subtotal** | | **28,608.47** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,608.47** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-13662 | |
| Case Name: | LOW, DAVID D., JR. | |
| | LOW, RAYNA L. | |
| Taxpayer ID #: | **-***2200 | |
| Period Ending: | 10/02/10 | |

| | | |
|---|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) | |
| Bank Name: | The Bank of New York Mellon | |
| Account: | 9200-******15-65 - Money Market Account | |
| Blanket Bond: | $50,000,000.00   (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account *******1565 | Wire in from JPMorgan Chase Bank, N.A.<br>account *******1565 | 9999-000 | 28,608.47 | | 28,608.47 |
| 04/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.44 | | 28,608.91 |
| 04/27/10 | | To Account #9200******1566 | TRANSFER FUNDS FROM MONEY MARKET<br>ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 28,608.91 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **28,608.91** | **28,608.91** | **$0.00** |
| Less: Bank Transfers | 28,608.47 | 28,608.91 | |
| **Subtotal** | **0.44** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.44** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-13662 | |
| Case Name: | LOW, DAVID D., JR. | |
| | LOW, RAYNA L. | |
| Taxpayer ID #: | **-***2200 | |
| Period Ending: | 10/02/10 | |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******15-66 - Checking Account |
| Blanket Bond: | $50,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/10 | | From Account #9200******1565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 28,608.91 | | 28,608.91 |
| 04/27/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $121.29, Trustee Expenses;  Reference: | 2200-000 | | 121.29 | 28,487.62 |
| 04/27/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $3,610.54, Trustee Compensation;  Reference: | 2100-000 | | 3,610.54 | 24,877.08 |
| 04/27/10 | 103 | Chase Bank USA NA | Dividend paid  28.01% on $5,472.08; Claim# 3; Final distribution | 7100-000 | | 1,533.13 | 23,343.95 |
| 04/27/10 | 104 | Chase Bank USA NA | Dividend paid  28.01% on $10,091.36; Claim# 4; Final distribution | 7100-000 | | 2,827.32 | 20,516.63 |
| 04/27/10 | 105 | CHASE BANK USA | Dividend paid  28.01% on $22,069.93; Claim# 5; Final distribution | 7100-000 | | 6,183.37 | 14,333.26 |
| 04/27/10 | 106 | CHASE BANK USA | Dividend paid  28.01% on $14,731.88; Claim# 6; Final distribution | 7100-000 | | 4,127.46 | 10,205.80 |
| 04/27/10 | 107 | CHASE BANK USA | Dividend paid  28.01% on $16,644.10; Claim# 7; Final distribution | 7100-000 | | 4,663.21 | 5,542.59 |
| 04/27/10 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid  28.01% on $327.00; Claim# 8; Final distribution | 7100-000 | | 91.62 | 5,450.97 |
| 04/27/10 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid  28.01% on $420.22; Claim# 9; Final distribution | 7100-000 | | 117.73 | 5,333.24 |
| 04/27/10 | 110 | American Express Centurion Bank | Dividend paid  28.01% on $18,664.09; Claim# 10; Final distribution | 7100-000 | | 5,229.15 | 104.09 |
| 04/27/10 | 111 | City Of Las Vegas | Dividend paid  28.01% on $271.38; Claim# 12; Final distribution | 7100-000 | | 76.03 | 28.06 |
| 04/27/10 | 112 | Republic Services | Dividend paid  28.01% on $85.16; Claim# 13U; Final distribution Stopped on 07/31/10 | 7100-000 | | 23.86 | 4.20 |
| 04/27/10 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.20 | 0.00 |
| 07/31/10 | 112 | Republic Services | Dividend paid  28.01% on $85.16; Claim# 13U; Final distribution Stopped: check issued on 04/27/10 | 7100-000 | | -23.86 | 23.86 |
| 07/31/10 | 114 | Clerk of the Bankruptcy Court, ND,ILL | unclaimed funds (Claim no. 13 U) | 7100-000 | | 23.85 | 0.01 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 28,608.91 | 28,608.90 | $0.01 |
| Less: Bank Transfers | | 28,608.91 | 0.00 | |
| Subtotal | | 0.00 | 28,608.90 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $28,608.90 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-13662 |
| Case Name: | LOW, DAVID D., JR. |
| | LOW, RAYNA L. |
| Taxpayer ID #: | **-***2200 |
| Period Ending: | 10/02/10 |

| | |
|---|---|
| Trustee: | JOSEPH R. VOILAND (330380) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******15-66 - Checking Account |
| Blanket Bond: | $50,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****15-65 | 28,608.47 | 0.00 | 0.00 |
| MMA # 9200-******15-65 | 0.44 | 0.00 | 0.00 |
| Checking # 9200-******15-66 | 0.00 | 28,608.90 | 0.01 |
| | $28,608.91 | $28,608.90 | $0.01 |